**Order entered June 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01138-CR

**JACOB WILSON, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-90023-422-F**

## ORDER

Before the Court is the State's May 31, 2018 second motion to extend the time for filing its brief. We **GRANT** the motion to the extent that we order the brief due thirty days from the date of this order.

/s/     LANA MYERS
JUSTICE